UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

JAVIER LOPEZ,

Defendant.

**ORDER**

10 Cr. 367 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference in this action currently scheduled for February 7, 2025, is adjourned to **March 5, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
February 5, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge