# ZMO Law PLLC

May 14, 2025

*Via ECF*

Hon. Paul G. Gardephe
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED
The conference is adjourned to June 20, 2025 at 10:00 A.M.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: May 14, 2025

RE: *U.S. v. Javier Lopez (VOSR)*, 10 CR 367 (PGG)

Dear Judge Gardephe:

This office represents Javier Lopez in the above-captioned case, in which violations of supervised release are currently pending. A conference is currently scheduled for Friday, May 30, 2025, at which time Mr. Lopez was expected to plead to an additional specification and be sentenced on the violations. The parties previously advised the Court that they intended to submit pre-sentencing materials by May 15, 2025.

I write, on consent, to respectfully request that the conference be adjourned for approximately thirty days because we are still investigating facts relevant to sentencing. The parties are available for the adjourned conference on the following dates of June: 20; 23; 26; 27; and 30. The parties intend to submit pre-sentencing materials by June 13, 2025.

Our office has discussed this application with the assigned Assistant U.S. Attorney Frank Balsamello and the government consents to the proposed adjournment.

Thank you for your attention to this case.

Very truly yours,

*Shane Finn*

Shane Finn

CC:   AUSA Frank Balsamello

353 Lexington Avenue, Suite 900 • New York, NY 10016
(212) 685-0999 • sf@zmolaw.com
www.zmolaw.com